■ In the Matter of Eagle Insurance Company, Respondent, v Jeanine Beauvil et al., Respondents, and Allstate Insurance Company, Appellant. [747 NYS2d 774]

The petitioner established a prima facie case as to the existence of insurance coverage for the subject vehicle by producing the police accident report which contained the offending vehicle's insurance code (*see Matter of Centennial Ins. Co. v Capehart*, 220 AD2d 499; *Matter of Wausau Ins. Co. v Ramos*, 151 AD2d 487). The appellant, the offending vehicle's alleged carrier, submitted a letter stating in conclusory fashion that it did not insure the offending vehicle. This was insufficient to overcome the petitioner's prima facie case (*see Matter of Eagle Ins. Co. v Sadiq*, 237 AD2d 605). The Supreme Court, therefore, properly permanently stayed uninsured motorist arbitration. Altman, J.P., S. Miller, McGinity, Schmidt and Rivera, JJ., concur.